■ ROBERT J. VANDERPOOL et al., Appellants, v ADIRONDACK NEUROSURGICAL SPECIALISTS, P.C., et al., Respondents, et al., Defendant. (Appeal No. 1.) [844 NYS2d 922]—Appeal from an order of the Supreme Court, Oneida County (Anthony F. Shaheen, J.), entered July 28, 2006. The order denied plaintiffs' motion to set aside the verdict.

It is hereby ordered that said appeal be and the same hereby is unanimously dismissed without costs (*see Smith v Catholic Med. Ctr. of Brooklyn & Queens*, 155 AD2d 435 [1989]; *see also* CPLR 5501 [a] [1], [2]). Present—Scudder, P.J., Gorski, Centra, Fahey and Green, JJ.